IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY DALE CROUCH, RHONDA MAE CROUCH, TEDDY LEE HUDSON, and CAROLYN SUE HUDSON, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. 10-00072-KD-N |
| TELEDYNE CONTINENTAL MOTORS, INC., | )<br>)<br>) |
| Defendant. | ) |

## ORDER

This action is before the court on the plaintiffs' motion for partial reconsideration of the order denying in part and granting in part defendant Teledyne Continental Motors, Inc.'s (TCM) motion to exclude opinion testimony of Richard Wartman (doc. 335). Upon consideration and for the reasons set forth herein, the motion (doc. 335) is GRANTED.

The matter will be reconsidered upon recess of the trial on Monday, July 11, 2011. The court notes that the plaintiffs have misconstrued the term "appropriate person" as the court intended it. The concern of the court was not that Mr. Wartman cannot identify the appropriate person within TCM to give the warning, rather it was whether Mr. Wartman could testify concerning TCM's responsibility, as opposed to Lycoming's responsibility, to warn of the necessity to use the proper gasket and clamps.

DONE and ORDERED this the 8th day of July, 2011.

                                              s / Kristi K DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE