IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY DALE CROUCH, | ) | |
| RHONDA MAE CROUCH, | ) | |
| TEDDY LEE HUDSON, and | ) | |
| CAROLYN SUE HUDSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-00072-KD-N |
| | ) | |
| TELEDYNE CONTINENTAL MOTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This action is before the Court on the Plaintiffs' second motion to continue (doc. 352) and the response in opposition filed by defendant Teledyne Continental Motors, Inc. (doc. 353). On July 12, 2011, the Court held a telephone status conference with Matthew C. Minner, James J. Thompson, Jr., William R. Garmer, counsel for the plaintiffs, and Norman E. Waldrop, Jr., and Sherri Rich Ginger, defense counsel.

Upon consideration of the information provided at the status conference, the motion to continue, and the response, the motion to continue is DENIED.

DONE and ORDERED this 13th day of July, 2011.

                                              **s / Kristi K DuBose**
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**