IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY DALE CROUCH, <br> RHONDA MAE CROUCH, <br> TEDDY LEE HUDSON, and <br> CAROLYN SUE HUDSON, <br><br> Plaintiffs, <br><br> v. <br><br> TELEDYNE CONTINENTAL MOTORS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 10-00072-KD-N <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This action is before the Court on the defendant Teledyne Continental Motors, Inc.'s (TCM) motion pursuant to Rule 401/402 (doc. 356) and Plaintiffs' motion to strike TCM's motion (doc. 358). TCM moves the Court to "exclude any evidence that Continental Motors is owned by a foreign company" as irrelevant and highly prejudicial. Plaintiffs move to strike on basis that the motion is a "seventh motion in limine" filed without permission to exceed the Court's order restricting the parties to six motions in limine and untimely in that the deadline for motions in limine was noon on June 20, 2011. Plaintiffs also point out that seven months have lapsed since TCM was acquired by a foreign company.

Upon consideration, Plaintiffs' motion to strike (doc. 358) is **GRANTED** and TCM's motion (doc. 356) is **STRICKEN**.

DONE and ORDERED this 15th day of July, 2011.

<u>s / Kristi K DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**