## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LARRY DALE CROUCH, <br> RHONDA MAE CROUCH, <br> TEDDY LEE HUDSON, and <br> CAROLYN SUE HUDSON, <br><br> Plaintiffs, <br><br> v. <br><br> TELEDYNE CONTINENTAL <br> MOTORS, INC., <br><br> Defendant. <br><br> BRIDGEFIELD CASUALTY <br> INSURANCE CO., <br><br> Intervenor Plaintiff. | CIVIL ACTION NO. 10-00072-KD-N |

## JUDGMENT

In accordance with the verdict entered in the above styled action, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the defendant Teledyne Continental Motors, Inc. and against the plaintiffs Larry Dale Crouch, Rhonda Mae Crouch, Teddy Lee Hudson and Carolyn Sue Hudson.

**DONE** and **ORDERED** this the 9th day of August, 2011.

         s / Kristi K. DuBose
         **KRISTI K. DuBOSE**
         **UNITED STATES DISTRICT JUDGE**